UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONGKYU KIM,

                           Plaintiff,

                -v.-

STATE OF NEW JERSEY; BERGEN
COUNTY SUPERIOR COURT, FAMILY
PART; BERGEN COUNTY
PROSECUTOR'S OFFICE; ANNY
SCARDINO, *Director of Risk Management,
Bergen County*; ANTHONY SCARDINO,
*Assistant Professor, Felician University*;
GORDON TOCCO, *Employee, Indiana
Department of Child Services*; ELIZABETH
TOCCO, *Admissions Advisor, Felician
University*; SVITLANA KOSTURKO; TIM
KOSTURKO; ANDREW RITENOUR; NICK
RITENOUR; DR. DANIEL HAKIMI; PA
SHIRA WEIN; FELICIAN UNIVERSITY;
INDIANA DEPARTMENT OF CHILD
SERVICES; OB/GYN & INFERTILITY
SERVICES OF NORTHERN NJ, LLC;
MICHAEL TOCCO; HONORABLE JACLYN
V. MEDINA J.S.C.; and JOHN DOES 1-10
*(unknown members of the trafficking
network)*,

                           Defendants.

25 Civ. 8315 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

        Plaintiff filed the Complaint in this action on October 6, 2025. As noted

in the Court's October 16, 2025 Order (Dkt. #10), several motions brought by

Plaintiff remain open (*see* Dkt. #6, 7, 8). In the course of resolving those

motions, the Court noticed that the Complaint mentions various exhibits, none

of which were attached. So that the Court can resolve Plaintiff's pending

motions, Plaintiff is directed to re-file the Complaint with exhibits attached, or

alternatively to notify the Court that he intends not to file the exhibits, on or before **November 3, 2025**.

SO ORDERED.

Dated:    October 20, 2025
          New York, New York

KATHERINE POLK FAILLA
United States District Judge